IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NATHAN GILLIS,

        Plaintiff,                                 ORDER

v.

                                            09-cv-245-bbc

RICK RAEMISCH, *et al.*

        Defendants.

---

On July 8, 2010, the court granted defendants' request for reimbursement of their reasonable expenses incurred in responding to his motion to compel discovery. Defendants' attorney has submitted affidavits indicating that he spent one hour responding to plaintiff's discovery motion and that his billable rate for an hour is $290. Plaintiff has not raised any meritorious objections to the amount requested. Therefore, I will order plaintiff to reimburse defendants $290 for their reasonable expenses.

ORDER

IT IS ORDERED that not later than August 27, 2010, plaintiff shall pay defendants $290 for their reasonable expenses incurred in responding to his motion to compel.

Entered this 27th day of July, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge