IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATHAN GILLIS,

    Plaintiff,

v.

RICK RAEMISCH, G. GRAMS, J. NICKLES,
CAPT. ASHWORTH, LT. JOANNE LANE,
C.O. II NEUMIER, C.O. II RICKY,
M. MARSHEL, SGT. MORRISON and MARK
ISAACSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

09-cv-245-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing all claims against defendants J. Nickles, C.O. II Ricky, C.O. II Neumier and M. Marshel; and

(2) granting summary judgment in favor of G. Grams, Capt. Ashworth, Sgt. Morrison, Lt. Joanne Lane, Rick Raemish and Mark Isaacson and dismissing this case.

_____      3/17/2011
Peter Oppeneer, Clerk of Court              Date